IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brito, Martin D

Printed: 8/19/08

Case Number: 05 B 03274
Judge: Wedoff, Eugene R
Filed: 2/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 3, 2008
Confirmed: March 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,215.56 |  |
| Secured: |  | 33,415.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 1,899.88 |
| Other Funds: |  | 0.00 |
| Totals: | 37,215.56 | 37,215.56 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | Chase Manhattan | Secured | 29,390.84 | 24,617.90 |
| 3. | Onyx Acceptance Corp | Secured | 5,851.70 | 5,285.61 |
| 4. | Chase Manhattan | Secured | 6,179.19 | 3,512.17 |
| 5. | RoundUp Funding LLC | Unsecured | 541.48 | 0.00 |
| 6. | Onyx Acceptance Corp | Unsecured | 788.54 | 0.00 |
| 7. | Aspire Visa | Unsecured | 1,352.83 | 0.00 |
| 8. | Nicor Gas | Unsecured | 81.86 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,291.86 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 1,005.54 | 0.00 |
| 11. | American Topenglin | Unsecured |  | No Claim Filed |
| 12. | Direct Merchants | Unsecured |  | No Claim Filed |
| 13. | CDA Services Inc | Unsecured |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | DMCCB | Unsecured |  | No Claim Filed |
| 16. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 17. | Village of South Holland | Unsecured |  | No Claim Filed |
| 18. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 19. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 48,383.84 | $ 35,315.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 187.03 |
| 3% | 49.85 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brito, Martin D

Printed:  8/19/08

Case Number:  05 B 03274
Judge:  Wedoff, Eugene R
Filed:  2/2/05

|      |        |
|------|--------|
| 5.5% | 608.31 |
| 5%   | 165.90 |
| 4.8% | 216.00 |
| 5.4% | 526.54 |
| 6.5% | 146.25 |
|      | _____ |
|      | $ 1,899.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

